UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO: 8:08-cr-12-T-30MSS

ELISEO ARROYO SOLIMAN
_____/

# ORDER

THIS CAUSE comes before the Court upon Defendant's Motion for Copy of Plea Agreement (Dkt. #93). A copy of the Defendant's 14-page Plea Agreement (Dkt. #22) may be obtained from the Clerk's office at a cost of fifty (50) cents per page. Defendant may also obtain a copy of the Plea Agreement from his former defense counsel.

It is therefore ORDERED AND ADJUDGED that Defendant's Motion for Copy of Plea Agreement (Dkt. #93) is DENIED.

**DONE** and **ORDERED** in Tampa, Florida on February 12, 2009.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO**:
Counsel/Parties of Record

F:\Docs\2008\08-cr-12.Eliseo 93.wpd